**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**MARSHALL DIVISION**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD.,<br><br>                        Plaintiff,<br><br>    v.<br><br>T-MOBILE US, INC. AND T-MOBILE USA, INC.,<br><br>                        Defendants. | Civil Action No. 2:16-cv-00715-JRG-RSP<br><br>Jury Trial Demanded |

## DECLARATION OF MARK D. SELWYN

I, Mark D. Selwyn, hereby declare as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (together, "T-Mobile") in the above-captioned matter. I am a member of the Bar of the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice *pro hac vice* before this Court. I provide this declaration in support of T-Mobile's Reply Brief in Further Support of Their Motion to Dismiss Huawei Technologies Co. Ltd.'s Complaint for Lack of Subject Matter Jurisdiction. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Declaration of Professor Laurent Aynes, *InterDigital Commc'ns, Inc. v. Huawei Techs. Co., Ltd.*, No. 1:13-cv-00008-RGA (D. Del. Apr. 25, 2013), ECF No. 42.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Minute Entry, *Ericsson, Inc. v. Apple, Inc.*, No. 2:15-cv-00017-JRG-RSP (E.D. Tex. May 29, 2015), ECF No. 62.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Civil Minutes, *TCL Commc'n Tech. Holdings, Ltd. v. Telefonaktiebolaget LM Ericsson*, No. 8:14-cv-00341-JVS-AN (C.D. Cal. Feb. 23, 2015), ECF No. 115.

I declare that the foregoing is true and correct to the best of my knowledge after reasonable inquiry.

Dated: August 25, 2016              */s/ Mark D. Selwyn*
                                       Mark D. Selwyn