# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ERICSSON, INC. §
§
v. § Case No. 2:15-CV-17-JRG-RSP
§
APPLE, INC. §

---

## Status Conference and Motion Hearing
### MAG. JUDGE ROY PAYNE PRESIDING
### May 29, 2015

**OPEN: 3:00 pm**                                    **ADJOURN:    3:55 pm**

---

ATTORNEYS FOR PLAINTIFF:          See attached

ATTORNEY FOR DEFENDANTS:          See attached

LAW CLERK:                        Craig Walter

COURT REPORTER:                   Jill McFadden

COURTROOM DEPUTY:                 Becky Andrews

Court opened.   Case called.   The parties introduced themselves and announced ready

The Court informed the parties that the Ericsson cases will not be consolidated.   Doug Cawley and Ruffin Cordell responded.

The Court heard argument on Plaintiff's Motion for Expedited Trial (Dkt. No. 38).

Regarding the specificity of Plaintiff's FRAND claims, Ericsson is ordered to amend its complaint to include all patents implicated by the FRAND action.   Mike McKool responded for plaintiff. Bill Lee responded for Apple.

The Court will set a date for a scheduling conference.

Court adjourned.