**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, | § § | |
| v. | § § | Case No. 2:16-CV-00715-JRG-RSP |
| T-MOBILE US, INC., T-MOBILE USA, INC., | § § § | |

## ORDER

Huawei moves for a special case management plan under which Huawei's contract-based FRAND action will be tried first, followed by Huawei's patent infringement actions. *See* Dkt. No. 24. Having considered the parties' submissions, the Court does not find that accelerating Huawei's contract-based action is warranted. Accordingly, Huawei's motion (**Dkt. No. 24**) is **DENIED**.

SIGNED this 21st day of February, 2017.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE