# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO. LTD, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE US, INC., T-MOBILE USA, § <br> INC., § <br> § <br> *Defendants*. § | Case No. 2:16-CV-00715-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 22, 2017 (Dkt. No. 35) recommending that T-Mobile's Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. No. 12) be denied. Having considered T-Mobile's objections (Dkt. No. 40) and finding them to be without sufficient merit, and after a de novo review, the Recommendation is ADOPTED.

IT IS ORDERED that T-Mobile's Motion to Dismiss (Dkt. No. 35) is DENIED.

**So ORDERED and SIGNED this 9th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE