**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**T-MOBILE US, INC. and<br>T-MOBILE USA, INC.,**<br><br>    **Defendants.** | **Civil Action No. 2:16-cv-00715-JRG-RSP** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Huawei Technologies Co. Ltd. ("Huawei") and Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile"), by and through their undersigned counsel, hereby stipulate and agree as follows:

The Parties stipulate and agree that all of the claims asserted by Huawei in the above-captioned action should be dismissed without prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this case.

Dated: December 22, 2017                                    Respectfully submitted,

                                                            By:  */s/ J. Mark Mann*
                                                                 Ruffin Cordell
                                                                 Texas Bar No. 04820550
                                                                 cordell@fr.com
                                                                 **FISH & RICHARDSON P.C.**
                                                                 901-15th St NW, Suite 700
                                                                 Washington, DC 20005
                                                                 Telephone: (202) 783-5070

                                                                 Thomas H. Reger II
                                                                 Texas Bar No. 24032992

reger@fr.com
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Jane Du
Texas Bar No. 24076355
du@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

David Barkan
California Bar No. 160825
barkan@fr.com
**FISH & RICHARDSON P.C**.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070

Kevin Su
Massachusetts Bar No. 663726
su@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

J. Mark Mann
Texas Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main St.
Henderson, Texas 75652
Tel: (903) 657-8540

**COUNSEL FOR PLAINTIFF HUAWEI TECHNOLOGIES CO. LTD.**

By: */s/ Mark N. Reiter*
Josh A. Krevitt
(New York Bar No. 2568228)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035

Mark N. Reiter
(Texas Bar No. 16759900)
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

Ernest Y. Hsin
(California Bar No. 201668)
Neema Jalali
(California Bar No. 245424)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street
San Francisco, CA 94105-0921
Tel: (415) 393-8224
Fax: (415) 374-8436

Stuart M. Rosenberg
(California Bar No. 239926)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5389
Fax: (650) 849-5089

Mark D. Selwyn
(California Bar No. 244180)
Kathryn D. Zalewski
(California Bar No. 263119)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
Tel: 650-858-6000

Joseph J. Mueller
(Massachusetts Bar No. 647567)

        Cynthia Vreeland
        (Texas Bar No. 20625150
        Massachusetts Bar No. 635143)
        **WILMER CUTLER PICKERING HALE**
        **AND DORR LLP**
        60 State Street
        Boston, MA 02109
        Tel: 617-526-6000

        Michael E. Jones
        Texas Bar No. 10929400
        mikejones@potterminton.com
        E. Glenn Thames, Jr.
        Texas Bar No. 00785097
        glennthames@potterminton.com
        **POTTER MINTON, PC**
        110 North College Ave., Suite 500
        Tyler, TX 75702
        Tel: 903-597-8311

        **COUNSEL FOR DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 22, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ J. Mark Mann*
        **J. Mark Mann**