**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**T-MOBILE US, INC. and**<br>**T-MOBILE USA, INC.,**<br><br>    **Defendants.** | **Civil Action No. 2:16-cv-00715-JRG-RSP** |

## <u>ORDER</u>

Before the Court is the Parties' Joint Stipulation of Dismissal without Prejudice.  Having reviewed the stipulation and considered its merits, it is hereby GRANTED.

IT IS ORDERED that the claims asserted by Huawei in the above-captioned action are DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this case.