# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HUAWEI TECHNOLOGIES CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**T-MOBILE US, INC. and T-MOBILE USA, INC.,**<br><br>Defendants. | Civil Action No. 2:16-cv-00715-JRG-RSP |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal without Prejudice. (Dkt. No. 44.) In light of such Stipulation, it is **ORDERED** that the claims asserted by Huawei in the above-captioned action are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this case. All pending requests for relief not previously addresses are hereby **DENIED AS MOOT**. The Clerk is direct to **CLOSE** this case.

**So Ordered this**
**Dec 27, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE